IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY R. WALKER, JR.,
AKA DOUGLAS WALKER,

    Petitioner,

v.                                                                   CASE NO. 5:08-cv-252-RS-AK

MILTON HICKS,

    Respondent.
_____/

**O R D E R**

       This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus. Petitioner has also filed a motion for leave to proceed *in forma pauperis*. Doc. 2. In reviewing the Petition, the Court has determined that amendment is necessary for several reasons. First, Petitioner has named the wrong respondent. According to Rule 2 (a) of the Rules Governing Section 2254 Cases, the "petition must name as respondent the state officer who has custody," who, in this case, is the Secretary for the Department of Correction, Walter A. McNeil. Second, the Court cannot determine from the form submitted whether Petitioner timely filed the instant petition or whether he exhausted his available state remedies. The form which will be provided to him will request the pertinent information, and Petitioner shall fill out the form completely.

       In completing the § 2254 form, Petitioner is reminded that the petition must specify all the grounds for relief available to him; state the facts supporting each ground; state the relief requested; be printed, typewritten, or legibly handwritten; and be signed under penalty of perjury

by the petitioner or by a person authorized to sign it for the petitioner under § 2242. § 2254 Rule 2(c)(1)-(5); *see also* N.D. Fla. Loc. R. 5.1(J)(3) (petition should not make reference to memorandum but must set forth claims and facts on form). The second amended petition must be filed in its entirety, incorporating all amendments, as matters not set forth in the second amended petition are deemed abandoned. Loc. R. 15.1.

As to the motion for IFP, it is well taken.

Accordingly, it is **ORDERED**:

That he Clerk of Court shall forward to Petitioner four § 2254 forms, along with any service copies of the initial § 2254 petition;

That no later than **September 19, 2008**, Petitioner shall file an "amended petition" as explained in this order, along with two identical copies including any exhibits. He shall also keep an identical copy for his records;

That the motion for IFP, Doc. 2, is **GRANTED**;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this *18th* day of August, 2008.

*s/ A. KORNBLUM*
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE