IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY R. WALKER, JR.,

    Petitioner,

v.                                          CASE NO. 5:08-cv-252-RS-AK

WALTER A. MCNEIL,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc.10, Respondent's Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **December 29, 2008**. Petitioner may file a reply no later than **January 29, 2009.**

**DONE AND ORDERED** this 3rd day of December, 2008.

                                    S/A. Kornblum
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**