IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY R. WALKER, JR.,

    Petitioner,

v.                                        CASE NO. 5:08-cv-252-RS-AK

WALTER A. MCNEIL,

    Respondents.
_____/

**O R D E R**

This matter is before the Court on Doc. 12, Motion to Appoint Counsel, by Randy R. Walker, Jr. The motion is **DENIED**. If the Court determines that an evidentiary hearing is necessary on the grounds raised in the petition, it will, of course, appoint counsel at that time.

**DONE AND ORDERED** this *9th* day of December, 2008.

                              ***s/ A. KORNBLUM***
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**