IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY R. WALKER, JR.,

    Petitioner,

v.                                                               CASE NO. 5:08-cv-252-RS-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc.14, Respondent's Second Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **January 29, 2009**. **Respondent is hereby advised that no further extensions of time shall be granted to him in this case absent exigent circumstances.** Petitioner may file a reply no later than **March 6, 2009.**

**DONE AND ORDERED** this  *6th*  day of January, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**