IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY R. WALKER, JR.,

    Petitioner,

v.                                          CASE NO. 5:08-cv-252-RS-AK

WALTER A. MCNEIL,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc.21, Petitioner's Motion for Extension of Time to File Reply. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Petitioner shall file his reply no later than **April 13, 2009.**

**DONE AND ORDERED** this  *11*th  day of March, 2009.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**