IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY R. WALKER,
aka DOUGLAS WALKER,

    Petitioner,

v.                                                   CASE NO. 5:08-cv-252-RS-AK

WALKER MCNEIL,

    Respondent.
_____/

## O R D E R

This habeas matter is before the Court on Doc. 23, "Memorandum of Law in Support of Motion for a Temporary Restraining Order and Preliminary Injunction," and Doc. 24, Affidavit, filed by Randy R. Walker, aka Douglas Walker. It appears that Petitioner intended for these documents to act as an initiating pleading in a § 1983 case for denial of adequate medical care. *See id.* at 1.

Accordingly, it is **ORDERED**:

That the Clerk shall construe Documents 23 and 24 as case-initiating documents in a new case for relief pursuant to 42 U.S.C. § 1983 and post the documents as a motion for temporary restraining order in the new case and immediately action require the motion to the Court;

That no further action will be taken on Docs. 23 and 24 in this case.

**DONE AND ORDERED** this *14th* day of April, 2009.

                                *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**