IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY R. WALKER,

    Petitioner,

v.                                                  CASE NO. 5:08-cv-00252-RS-AK

WALTER MCNEIL,

    Respondent.
_____/

## SUPPLEMENTAL REPORT AND RECOMMENDATION

By Report and Recommendation issued yesterday, April 16, 2009, the Court recommended that Respondent's motion to dismiss be granted. Doc. 27. Unbeknownst to the undersigned, Petitioner, on that same date, filed a response to Respondent's motion. Doc. 26. The Court has considered Petitioner's response and is of the opinion that it does not change the analysis in the original R&R. The instant petition is indisputably second or successive as it relates to the conviction in 93-262, and this Court is without jurisdiction to consider his petition in that regard without prior authorization from the Eleventh Circuit. It is therefore respectfully **RECOMMENDED** that the R&R dated April 16, 2009, be **ADOPTED**.

**IN CHAMBERS** at Gainesville, Florida, this  *17th*  day of April, 2009.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**